

CAUSE NO. 2013-29901

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 11:51:23 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| MARY M. IACONO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OMNI HOTELS MANAGEMENT CORP. | § | 215th JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANTS, STANLEY BLACK & DECKER, INC. AND STANLEY ACCESS TECHNOLOGIES, LLC'S FIRST AMENDED PARTIAL MOTION FOR SUMMARY JUDGMENT

On this date, the Court considered Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's First Amended Partial Motion for Summary Judgment. The Court finds that all parties received notice of the hearing pursuant to the Texas Rules of Civil Procedure. The Court has reviewed the motion to summary judgment, any response to the motion, and all matters of record. The Court is of the opinion that the Motion should be GRANTED. Therefore, it is

ORDERED that the Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's Motion for Summary Judgment is GRANTED. Further it is

ORDERED that Plaintiff's claim of negligence against Stanley pertaining to the products manufactured by Stanley are barred by Texas Civil Practice & Remedies Code § 16.012.

ORDERED that Plaintiff's claim of strict products liability against Stanley pertaining to the products manufactured by Stanley are barred by Texas Civil Practice & Remedies Code § 16.012.

ORDERED that Plaintiff's claim of breach of warranty against Stanley pertaining to the products manufactured by Stanley are barred by Texas Civil Practice & Remedies Code § 16.012.

ORDERED that Plaintiff's claim of gross negligence against Stanley pertaining to the

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 63869600 - Page 1 of 2

12/24/2014 10:28:54 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 3588167
By: SPENCER, JEANETTA

EXHIBIT
C

products manufactured by Stanley are barred by Texas Civil Practice & Remedies Code § 16.012.

ORDERED that Plaintiff's claim of negligence against Stanley is barred by the statute of limitations.

ORDERED that Plaintiff lacks standing to bring a claim of breach of implied warranty against Stanley.

ORDERED that Defendants, Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC are fully and finally released, acquitted and discharged from any and all liability for products liability claims of Plaintiff pertaining to the products manufactured by Stanley that have been pleaded or could have been pleaded against these Defendants, including Plaintiff's claims of negligence, strict products liability, breach of warranty and gross negligence.

SIGNED on this _16th_ day of _January_ 2015.

_____
PRESIDING JUDGE

Certified Document Number: 63869600 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 17, 2015

Certified Document Number:     63869600 Total Pages: 2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**